MARIA VAN RIPER, Respondent, *v.* JAMES E. BALDWIN, Impleaded, etc., Appellant.

(Argued April 18, 1881 ; decided April 26, 1881.)

REPORTED below, 19 Hun, 344.

*Wm. R. Baldwin* for appellant.

*Wm. B. Slocum* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.